CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| DAVID L. SNYDER<br>in his capacity as counsel for<br>Andrew G. McCabe<br><br>　　　　　　　　Plaintiff<br>　　vs<br>U.S. DEPARTMENT OF JUSTICE; U.S. DEPARTMENT<br>OF JUSTICE, OFFICE OF THE INSPECTOR GENERAL;<br>FEDERAL BUREAU OF INVESTIGATION<br><br>　　　　　　　　Defendant | )<br>)<br>)<br>)<br>)　Civil Action No. 1:18-cv-1389<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __David L. Snyder a/c/f Andrew G. McCabe__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __N/A__ which have any outstanding securities in the hands of the public:

　　N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ David L. Snyder
Signature

__888303946__
BAR IDENTIFICATION NO.

David L. Snyder
Print Name

1401 New York Ave. NW
Address

Washington D.C.　　　　20005
City　　　State　　　Zip Code

202 237 2727
Phone Number