UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

David L. Snyder, in his capacity as counsel for Andrew G. McCabe

**Plaintiff**

vs.    Case No.: 1:18-cv-01389-CKK

U.S. Department of Justice, et al.

**Defendant**

---

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 7.1; Civil Cover Sheet; and Complaint for Declaratory and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/18/2018 at 4:14 PM, I served U.S Department of Justice with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 7.1; Civil Cover Sheet; and Complaint for Declaratory and Injunctive Relief with Exhibits at 950 Pennsylvania Avenue NW, Washington, DC 20530 by serving Steffon Edmonds, Agent, authorized to accept service on behalf of the United States Department of Justice.

Steffon Edmonds is described herein as:

Gender: Male   Race/Skin: Black   Age: 30   Weight: 190   Height: 6'0"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true.

Executed On 6/21/18

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1546704

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050