**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID L. SNYDER, in his capacity as counsel for Andrew G. McCabe,<br><br>    Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  No. 1:18-cv-1389-CKK<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

  Defendants hereby move for a seven-day extension of time to answer or otherwise respond to the complaint, which would extend the response deadline from July 19, 2018 to July 26, 2018. This is defendants' first request for an extension of time. Counsel for plaintiff represented that plaintiff consents to the requested extension.

  Plaintiff's complaint, which raises claims under the Freedom of Information Act, names multiple defendants, includes 119 numbered paragraph, and spans almost 36 pages. A seven-day extension of time is needed to provide counsel adequate time to coordinate with agency counsel.

  Accordingly, for the above-stated reasons, the Court should grant defendants' request for an extension of time, from July 19, 2018 to July 26, 2018, within which to answer or otherwise respond to the Complaint.

| | |
|---|---|
| Date: July 19, 2018 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| | JESSIE K. LIU<br>United States Attorney |
| | MARCIA BERMAN<br>Assistant Branch Director |
| |    s/ *Justin M. Sandberg*<br>JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)<br>Senior Trial Counsel<br>GARRETT COYLE<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20530<br>Tel.:  (202) 514-5838<br>Fax:   (202) 616-8202<br>Email: justin.sandberg@usdoj.gov |
| | *Counsel for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. SNYDER, in his capacity as counsel for Andrew G. McCabe, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | No. 1:18-cv-1389-CKK |

## [PROPOSED] ORDER

The Court, having considered Defendants' Consent Motion for Extension of Time to Respond to Complaint, hereby **GRANTS** the motion, permitting Defendants until July 26, 2018 within which to answer or otherwise respond to the complaint.

IT IS SO **ORDERED**, this _____ day of _____, 2018.


Dated: _____                       _____
                                                                        HON.  COLLEEN KOLLAR-KOTELLY
                                                                        UNITED STATES DISTRICT JUDGE