**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID L. SNYDER,<br>    Plaintiff<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br>    Defendants | Civil Action No. 18-1389 (CKK) |

**ORDER**
(July 26, 2018)

This case comes before the Court upon the filing of Defendants' Answer to Plaintiff's Complaint in which Defendants admit that they have not provided certain documents to Plaintiff to which Plaintiff claims to be entitled under FOIA. In light of this filing, it is this 26th day of July, 2018, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. To the extent that Defendants are still processing a FOIA request from Plaintiff, the schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. To the extent that the parties agree that this case is ready for resolution by dispositive motions, they shall propose a briefing schedule. The parties shall file the schedule not later than **August 16, 2018**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge