**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID L. SNYDER, in his capacity as counsel for Andrew G. McCabe,<br><br>                    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)   No. 1:18-cv-1389-CKK<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

On July 26, 2018, the Court instructed the parties to file a Joint Status Report for this case, in which Plaintiff asserts claims against the U.S. Department of Justice ("DOJ"), the DOJ's Office of the Inspector General ("OIG") and the Federal Bureau of Investigation ("FBI") (collectively, "Defendants"), under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Administrative Procedure Act, 5 U.S.C. § 706. *See* Order, ECF Dckt. No. 13.  The parties have conferred several times, including once in person, and submit the following report.

On August 14, 2018, the OIG provided Plaintiff with a complete table of contents for the *Inspector General Manual*. The next day, Plaintiff informed Defendants that he agreed to narrow his request relating to the *Inspector General Manual* to certain items listed in the table of contents. Because of the recency of these discussions and the fact that key OIG employees are out of the office this week, the parties ask to be allowed to report back in one week, on August 23, 2018, with another joint status report addressing the production schedule for the FOIA request to the OIG (and the other production-related topics listed in the Court's order). Plaintiff respectfully reserves the right to move for all available relief depending on Defendants' proposed production schedule (among other things).

Based on the parties' discussions to date, Plaintiff currently believes he will need to move for relief from this Court in respect of his claims relating to the FBI materials at issue in this action. That said, the parties believe that they will be in a better position to propose an approach to addressing all claims by August 23, 2018. By then, the parties will have additional information regarding the OIG's proposed production schedule, which may be relevant to the parties' views of how best to address Plaintiff's claims against the FBI.

Accordingly, the parties respectfully request that the Court enter an order requiring the parties to file a supplemental joint status report by August 23, 2018.

Date: August 16, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

    s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
Senior Trial Counsel
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel.:   (202) 514-5838
Fax:   (202) 616-8202
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*

    /s/
David L. Snyder (D.C. Bar No. 888303946)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: dsnyder@bsfllp.com

*Attorneys for Plaintiff in his capacity as counsel for Andrew G. McCabe*