**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID L. SNYDER, in his capacity as counsel for Andrew G. McCabe,<br><br>　　　　　Plaintiff,<br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　No. 1:18-cv-1389-CKK<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

On July 26, 2018, the Court instructed the parties to file a Joint Status Report for this case, in which Plaintiff asserts claims against the U.S. Department of Justice ("DOJ"), the DOJ's Office of the Inspector General ("OIG") and the Federal Bureau of Investigation ("FBI") (collectively, "Defendants"), under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Administrative Procedure Act, 5 U.S.C. § 706. *See* Order, ECF Dckt. No. 13.  After conferring several times, including once in person, the parties filed a status report on August 16, 2018, in which they asked the Court to permit them to file a subsequent report by August 23, 2018.  Joint Status Rpt., Aug. 16, 2018, ECF Dckt. No. 14.  The Court instructed the parties to file another joint status report on August 23, 2018.  Minute Order, Aug. 17, 2018.

Since their last filing, the parties have engaged in further discussions related to the status of the case.  An issue came to light yesterday for the first time.  To properly assess that issue, the parties respectfully request that the Court order the parties to file a supplemental status report by September 4, 2018.

Date: August 23, 2018	Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

      s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
Senior Trial Counsel
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel.:   (202) 514-5838
Fax:   (202) 616-8202
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*

      /s/
David L. Snyder (D.C. Bar No. 888303946)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: dsnyder@bsfllp.com

*Attorneys for Plaintiff in his capacity as counsel for Andrew G. McCabe*