**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID L. SNYDER, in his capacity as counsel for Andrew G. McCabe,<br><br>        Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>        Defendants. | No. 1:18-cv-1389-CKK |

**NOTICE OF CHANGE OF ADDRESS**

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Justin M. Sandberg as counsel for the Defendants in this matter. All future correspondence and other communications regarding this matter directed to Mr. Sandberg should be made using information below.

Dated: November 6, 2018

Respectfully submitted,

*/s/ Justin M. Sandberg*
Justin M. Sandberg (Ill. Bar. No. 6278377)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Room 11004
Washington, DC 20005
Tel.: (202) 514-5838
Fax: (202) 616-8460
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*