IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. SNYDER, in his capacity<br>as counsel for Andrew G. McCabe,<br><br>    Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  No. 1:18-cv-1389-CKK<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

  The Court granted plaintiff's request for leave to bifurcate summary judgment briefing in this Freedom of Information Act ("FOIA") case, permitting summary judgment briefing as to one defendant – the Federal Bureau of Investigation ("FBI") – while another defendant, the U.S. Department of Justice's Office of Inspector General ("OIG"), continues to process documents in response to plaintiff's FOIA request to it.  Minute Order, Oct. 10, 2018.  The Court also set a briefing schedule.  *Id.*  Plaintiff subsequently asked the "Court [to] stay the [then] current briefing schedule for cross-motions for summary judgment and order the parties to file a Joint Status Report by November 29, 2018" because "he may be able to obtain the requested information from publicly available sources, thereby obviating the need for summary judgment cross-motions."  Minute Order, Oct. 22, 2018.  The Court granted that motion, and instructed the parties to "file a Joint Status report informing the Court on whether or not cross-motions for summary judgment regarding Plaintiff's claims against the FBI are still needed by NOVEMBER 29, 2018."  *Id.*

  Plaintiff does not, at this time, intend to move for summary judgment with respect to his claims against the FBI.  Defendants similarly do not intend to file for summary judgment at this

time with respect to plaintiff's claims against the FBI.  The parties intend to cross-move for summary judgment with respect to plaintiff's claims against the FBI, if necessary, in conjunction with any summary judgment briefing on plaintiff's claims against the OIG.

Date: November 29, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

   *s/Justin M. Sandberg*
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
Senior Trial Counsel
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel.:   (202) 514-5838
Fax:   (202) 616-8202
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*


   *s/ David L. Snyder*
David L. Snyder (D.C. Bar No. 888303946)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: dsnyder@bsfllp.com

*Attorneys for Plaintiff in his capacity as counsel for Andrew G. McCabe*