**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID L. SNYDER, in his capacity as counsel for Andrew G. McCabe,<br><br>       Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>       Defendants. | No. 1:18-cv-1389-CKK |

**NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS**

On January 2, 2019, this Court granted Defendants' motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice, and the Department has now resumed its usual civil litigation functions. In its January 2, 2019 Minute Order, the Court instructed the parties to "file their Joint Status Report three business days after the day on which Congress restores appropriations to the Department of Justice." Pursuant to the Court's order, the Joint Status Report will be filed on or before January 30, 2019.

Date: January 28, 2019						Respectfully submitted,

							JOSEPH H. HUNT
							Assistant Attorney General

							MARCIA BERMAN
							Assistant Branch Director

							  *s/ Justin M. Sandberg*
							JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
							Senior Trial Counsel
							GARRETT COYLE
							Trial Attorney
							U.S. Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Avenue N.W.
							Washington, D.C. 20530
							Tel.:	(202) 514-5838
							Fax:	(202) 616-8202
							Email: justin.sandberg@usdoj.gov

							*Counsel for Defendants*