# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **David L. Snyder**, in his capacity as counsel for Andrew G. McCabe,<br><br>    Plaintiff,<br><br>    v.<br><br>**U.S. Department of Justice**, et al.,<br><br>    Defendants. | No. 18-cv-1389 CKK<br><br>Hon. Colleen Kollar-Kotelly<br>United States District Judge |

## JOINT STATUS REPORT

In this Freedom of Information Act case, the Court ordered the parties to file a joint status report on the status of plaintiff David L. Snyder's FOIA request by 5:00 p.m. on March 15, 2019. *See* Minute Order, Jan. 31, 2019. In accordance with that order, the parties report as follows:

1.  Between January 31, 2019, and February 28, 2019, defendant U.S. Department of Justice Office of the Inspector General (OIG) processed 100 pages of potentially responsive records and produced all responsive, non-exempt records in a response sent to plaintiff on February 28, 2019.

2.  OIG continues to process potentially responsive records in accordance with the schedule set by the Court and will continue to produce responsive, non-exempt records on the last work day of every month until processing is complete. *See* Minute Order, Sept. 4, 2018; Minute Order, Jan. 31, 2019.

3.  In accordance with the Court's Minute Order entered November 30, 2018, Plaintiff will move for summary judgment on his claims against the FBI "in conjunction with any summary judgment briefing on Plaintiff's claims against the OIG."

Dated: March 15, 2019

/s/ David L. Snyder
David L. Snyder (D.C. Bar No. 888303946)
WILLIAMS SNYDER LLP
1401 New York Ave. N.W., 10th floor
Washington, D.C. 20005
Telephone:	(202) 274-1169
Facsimile:	(202) 237-6131
Email:		dsnyder@wsllp.us

*Attorneys for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 /s/ Garrett Coyle
JUSTIN M. SANDBERG (Ill. Bar No. 6278377)
Senior Trial Counsel
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8016
Fax: (202) 616-8470
Email: garrett.coyle@usdoj.gov

*Counsel for Defendants*