## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **David L. Snyder**, in his capacity as counsel for Andrew G. McCabe, | No. 18-cv-1389 CKK |
| Plaintiff, | |
| v. | Hon. Colleen Kollar-Kotelly United States District Judge |
| **U.S. Department of Justice**, et al., | |
| Defendants. | |

### JOINT STATUS REPORT

In this Freedom of Information Act case, the Court ordered the parties to file a joint status report on the status of plaintiff David L. Snyder's FOIA request by July 16, 2019. *See* Minute Order, May 15, 2019. In accordance with that order, the parties report as follows:

1.      After consulting with the Federal Bureau of Investigation about a document marked for consultation, defendant U.S. Department of Justice Office of the Inspector General (OIG) released 9 pages of responsive records to Plaintiff on June 28, 2019. OIG has completed its processing of pages marked for consultation.

2.      The 28 pages of potentially responsive records that OIG referred to other agencies and Justice Department components for direct response have been processed by those other agencies and components. Between May 23 and July 12, 2019, those agencies and components released 26 pages of responsive records to Plaintiff in whole or in part and withheld two pages in full under exemptions (b)(7)(E) and (b)(7)(F). All referred documents have been processed.

3.      OIG has completed its initial processing of Plaintiff's FOIA request, as stated in the parties' joint status report on May 14, 2019, ECF No. 25, and has produced all responsive, non-exempt records subject to FOIA.

4.      In accordance with the Court's Minute Order entered November 30, 2018, Plaintiff will move for summary judgment on his claims against the FBI "in conjunction with any summary judgment briefing on Plaintiff's claims against the OIG."

5.      The parties propose to continue discussions regarding, among other things, the need for motion practice and respectfully request that the Court order the parties to file a joint status report by August 16, 2019.

Dated: July 16, 2019

Respectfully submitted,

*/s/ David L. Snyder*
David L. Snyder (D.C. Bar No. 888303946)
WILLIAMS SNYDER LLP
1401 New York Ave. N.W., 10th floor
Washington, D.C. 20005
Telephone:      (202) 274-1169
Facsimile:      (202) 237-6131
Email:          dsnyder@wsllp.us

*Attorneys for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Garrett Coyle*
JUSTIN M. SANDBERG (Ill. Bar No. 6278377)
Senior Trial Counsel
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8016
Fax: (202) 616-8470
Email: garrett.coyle@usdoj.gov

*Counsel for Defendants*