# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **David L. Snyder**, in his capacity as counsel for Andrew G. McCabe, | No. 18-cv-1389 CKK |
| Plaintiff, | Hon. Colleen Kollar-Kotelly United States District Judge |
| v. | |
| **U.S. Department of Justice**, et al., | |
| Defendants. | |

## JOINT STATUS REPORT

In this Freedom of Information Act case, the Court ordered the parties to file a joint status report on the status of plaintiff David L. Snyder's FOIA request by August 16, 2019. *See* Minute Order, July 29, 2019. In accordance with that order, the parties report as follows:

1.      Processing of pages marked for consultation has been completed, and OIG has produced all responsive, non-exempt records subject to the FOIA.  Similarly, processing of referred documents has concluded, and all responsive, non-exempt records subject to the FOIA have been produced.

2.      OIG has also otherwise completed its processing of Plaintiff's FOIA request and has produced all responsive, non-exempt records subject to FOIA.

3.      In accordance with the Court's Minute Order entered November 30, 2018, Plaintiff will move for summary judgment on his claims against the FBI "in conjunction with any summary judgment briefing on Plaintiff's claims against the OIG."

4.      In light of the recent filing of *McCabe v. Barr, et al.*, 19-cv-2399 (DDC), Plaintiff requires additional time to determine whether there is a need for motions practice in this case.

5.      The parties respectfully request that the Court order the parties to update the Court

in a joint status report filed by September 18, 2019.


Dated: August 16, 2019                          Respectfully submitted,

*/s/ David L. Snyder*                              JOSEPH H. HUNT
David L. Snyder (D.C. Bar No. 888303946)        Assistant Attorney General
WILLIAMS SNYDER LLP
1401 New York Ave. N.W., 10th floor             MARCIA BERMAN
Washington, D.C. 20005                          Assistant Branch Director
Telephone:      (202) 274-1169
Facsimile:      (202) 237-6131                    */s/ Justin M. Sandberg*
Email:          dsnyder@wsllp.us                JUSTIN M. SANDBERG (Ill. Bar No. 6278377)
                                                Senior Trial Counsel
*Attorneys for Plaintiff*                         GARRETT COYLE
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street NW
                                                Washington, DC 20005
                                                Phone: (202) 514-5838
                                                Fax: (202) 616-8460
                                                Email: garrett.coyle@usdoj.gov

                                                *Counsel for Defendants*