## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **David L. Snyder**, in his capacity as counsel for Andrew G. McCabe,<br><br>               Plaintiff,<br><br>       v.<br><br>**U.S. Department of Justice**, et al.,<br><br>               Defendants. | No. 18-cv-1389 CKK<br><br>Hon. Colleen Kollar-Kotelly<br>United States District Judge |

## JOINT STATUS REPORT

In this Freedom of Information Act case, the Court ordered the parties to file a joint status report on the status of plaintiff David L. Snyder's FOIA request by September 18, 2019. *See* Minute Order, August 16, 2019. In accordance with that order, the parties report as follows:

1.    As noted in the Court's order on August 16, 2019, the OIG has produced all responsive, non-exempt records subject to FOIA. In accordance with the Court's Minute Order entered November 30, 2018, Plaintiff will move for summary judgment on his claims against the FBI "in conjunction with any summary judgment briefing on Plaintiff's claims against the OIG."

2.    Plaintiff requires additional time to determine whether there is a need for motions practice in this case. Plaintiff therefore respectfully requests that the Court order the parties to update the Court in a joint status report filed by October 25, 2019. Defendants do not oppose Plaintiff's request but are not inclined to agree to similar requests in the future.

| | |
|---|---|
| Dated: September 18, 2019 | Respectfully submitted, |
| */s/ David L. Snyder* | JOSEPH H. HUNT |
| David L. Snyder (D.C. Bar No. 888303946) | Assistant Attorney General |
| WILLIAMS SNYDER LLP | |
| 1401 New York Ave. N.W., 10th floor | MARCIA BERMAN |
| Washington, D.C. 20005 | Assistant Branch Director |
| Telephone:     (202) 274-1169 | |
| Facsimile:      (202) 237-6131 | */s/ Garrett Coyle* |
| Email:            dsnyder@wsllp.us | JUSTIN M. SANDBERG (Ill. Bar No. 6278377) |
| | Senior Trial Counsel |
| *Attorneys for Plaintiff* | GARRETT COYLE |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, DC 20005 |
| | Phone: (202) 616-8016 |
| | Fax: (202) 616-8470 |
| | Email: garrett.coyle@usdoj.gov |
| | |
| | *Counsel for Defendants* |