## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **David L. Snyder**, in his capacity as counsel for Andrew G. McCabe,<br><br>                                    Plaintiff,<br><br>v.<br><br>**U.S. Department of Justice**, et al.,<br><br>                                    Defendants. | No. 18-cv-1389 CKK<br><br>Hon. Colleen Kollar-Kotelly<br>United States District Judge |

## STIPULATION OF DISMISSAL

As to the FBI, the parties hereby stipulate to dismissal of this action without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  As to the U.S. Department of Justice Office of Inspector General, the parties hereby stipulate to dismissal of this action with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each side will bear its own fees and costs.

| | |
|---|---|
| Dated: October 25, 2019 | Respectfully submitted, |
| */s/ David L. Snyder* | JOSEPH H. HUNT |
| David L. Snyder (D.C. Bar No. 888303946) | Assistant Attorney General |
| WILLIAMS SNYDER LLP | |
| 1401 New York Ave. N.W., 10th floor | MARCIA BERMAN |
| Washington, D.C. 20005 | Assistant Branch Director |
| Telephone:   (202) 274-1169 | |
| Facsimile:   (202) 237-6131 |  */s/ Justin M. Sandberg* |
| Email:          dsnyder@wsllp.us | JUSTIN M. SANDBERG (Ill. Bar No. 6278377) |
| | Senior Trial Counsel |
| *Attorneys for Plaintiff* | GARRETT COYLE |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, DC 20005 |
| | Phone: (202) 514-5838 |
| | Fax: (202) 616-8202 |
| | Email: justin.sandberg@usdoj.gov |
| | |
| | *Counsel for Defendants* |