**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID L. SNYDER,<br>      Plaintiff<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br>      Defendants | Civil Action No. 18-1389 (CKK) |

**ORDER**
(October 28, 2019)

The Court is in receipt of the parties' [29] Stipulation of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the DISMISSAL of the FBI WITHOUT PREJUDICE. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the DISMISSAL of the U.S. Department of Justice Office of Inspector General WITH PREJUDICE. Accordingly, it is hereby ORDERED this case is DISMISSED.

**SO ORDERED.**

     /s/_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE